## JOHNSON LEE *v.* WILLIAM M. DUNCAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 319 (AC 24840), is denied.

*Alan R. Spirer,* in support of the petition.

*Jeffrey R. Babbin* and *Aaron Singer,* in opposition.

Decided June 2, 2005